# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Erik Lee Morris, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:20-cv-00284-DSC |
| vs. | |
| Diversey, Inc., | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 25, 2021 Order.

May 25, 2021

Frank G. Johns, Clerk
United States District Court